IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DYLAN JOYNER,                          )
                                       )
            Plaintiff,                 )
                                       )
      v.                               ) Civ. No. 14-975-SLR-SRF
                                       )
CITY OF WILMINGTON,                    )
OFFICER ROBERT FOX, and                )
POLICE OFFICER DEVON JONES,            )
                                       )
            Defendants.                )

## O R D E R

At Wilmington this 31st day of August, 2015, having considered the Report and

Recommendation issued by United States Magistrate Judge Sherry R. Fallon on August

10, 2015, and upon the expiration of the time allowed for objections pursuant to Rule 72

of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 28) is adopted.

2. Defendants' partial motion to dismiss (D.I. 17) is granted in part and denied in

part.

_____
United States District Judge